AO 91 (Rev. 02/09) Criminal Complaint                Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB - 3 2016

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B:16-130-MJ |
| Ricardo Oscar RANGEL Jr. | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of __February 02, 2016__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __18__ U. S. C. § __554 & 371__
an offense described as follows:

Knowingly conspired to export or send from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale or such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: 600 rounds of 7.62X39mm ammunition.

This criminal complaint is based on these facts:

On February 02, 2016, U.S. Customs and Border Protection Officers were conducting south bound inspection operations at the Brownsville and Matamoros Port of Entry. CBP Officers selected a grey 2005 Jeep Cherokee bearing Texas license plates for inspection. The driver and owner of the vehicle identified as Ricardo Oscar RANGEL Jr, a U.S. citizen, gave a negative oral declaration for weapons, and ammunition. The vehicle and RANGEL were referred to secondary inspection, where officers discovered 600 rounds of 7.62X39mm ammunition concealed in the vehicle's air filter compartment. Homeland Security Investigations Special Agents conducted an interview of RANGEL and discovered RANGEL was recruited to purchase and illegally export the ammunition into Mexico. RANGEL admitted to purchasing and concealing the ammunition in order to avoid detection at the Port of Entry. RANGEL admitted that he knew it was illegal to export the ammunition from the U.S. into Mexico.

☐ Continued on the attached sheet

*Complainant's signature*

Jonathan Rivera, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/03/2016

City and state: Brownsville, Texas

*Judge's signature*

Ronald G. Morgan, U.S. Magistrate
*Printed name and title*